JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOIS HORNESS, as an individual and as trustee of the MARY C. AXELSON TRUST DATED FEBRUARY 11, 1790; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:19-cv-02386-DOC-KES<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Lois Horness ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:    April 15,2020

*David O. Carter*
_____
UNITED STATES DISTRICT JUDGE